UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 23-2044-JFW(AFMx)**                              Date: **September 26, 2023**

Title:    American Trust Investment Services, Inc. -v- Sean D. Caston

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
              None                                                        None

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

The Court issued a Text Entry Order on April 7, 2023 (docket no. 18) striking Petitioner American Trust Investor Services, Inc.'s Motion to Vacate FINRA Arbitration Award or, in the Alternative, to Modify the Arbitration Award.  To date, petitioner has made no further attempts to prosecute this action.

Plaintiff is ordered to show cause, in writing, no later than **October 3, 2023**, why this action should not be dismissed for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr