UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-2044-JFW(AFMx)** | Date: October 25, 2023 |
| Title: | American Trust Investment Services, Inc. -v- Sean D. Caston | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

On September 26, 2023, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than October 3, 2023.

As of the date of this Order, there has been no response to the Court's Order to Show Cause. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr